Western District of Virginia
Date of Receipt: Sep 23, 2025
Time of Receipt: 14:33
Received By: *Jim Satterwhite, ASDUSM*

AO 442 (Rev. 11/11) Arrest Warrant

11865527
2584-0923-3336-J

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

September 25, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>v.<br>Terry Alexander HEADEN<br>AKA: Bub<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:25mj81

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Terry Alexander HEADEN, AKA: Bub                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Title 21, USC Sections 841(a)(1), 846:  Conspiracy to possess with the intent to distribute and distribute methamphetamine.

Date: 9/23/25

_____
Issuing officer's signature

City and state:     Abingdon, Virginia

Hon. Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

---

### Return

| This warrant was received on *(date)* 09/23/2025 , and the person was arrested on *(date)* 09/25/2025 |
| at *(city and state)* S / WV Welch . |

Date: 09/25/2025

*Jim Satterwhite, ASDUSM*
*Arresting officer's signature*

\* Arrested by ATFE, direct transport to the W / VA

Jim Satterwhite, USMS for ATFE
*Printed name and title*