# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - COMPLAINT

**Case No.: 1:25mj81**          **Date: 9/25/25**

**Defendant: Terry Alexander Headen, CUSTODY**          **Counsel: Jaxon Wilkens, CJA**

TIME IN COURT: 4:35-4:40 p.m.
TOTAL: 5 minutes

PRESENT:

| | | |
|---|---|---|
| | JUDGE: | Pamela Meade-Sargent |
| | Deputy Clerk: | Kendra Campbell |
| | Court Reporter: | Kendra Campbell, FTR |
| | U. S. Attorney: | AUSA, Carrie Macon |
| | USPO: | USPO, Brooke Rhymer |
| | Case Agent: | Case agent, Stephen Levesque ATF |
| | Interpreter: | N/A |

## INITIAL APPEARANCE

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; Jaxon Wilkens appointed.
☒ Waiver of Preliminary Hearing signed.
☒ Government moves for detention.
☒ Defendant moves for continuance of detention hearing.
☒ Detention hearing continued to October 6, 2025 at 11:00 a.m.
☒ Deft. remanded to custody. Orders to follow: Temporary Order of Detention.
☒ Due Process admonition given to the Government.