# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

**UNITED STATES OF AMERICA**

**CASE NO.:   1:25mj81**

v.

**DATE:   9/25/25**

**TERRY ALEXANDER HEADEN**

### TYPE OF HEARING:   INITIAL APPEARANCE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES:**

1. **Pamela Meade-Sargent**
2. AUSA- Carrie Macon
3. Jaxon Wilkens
4. Terry Headen
5. Stephen Levesque - ATF

6. Sumer Taylor Prob.
7. Brooke Rhymer Prob.
8.
9.
10.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Recorded by:** K.Campbell

**Time in Court:** 4:35 - 4:40

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 4:35 | 1,3 | | | | | | | | |
| 4:36 | 1 | | | | | | | | |
| 4:37 | 1,2,3,4 | | | | | | | | |
| 4:38 | 1,4 | | | | | | | | |
| 4:39 | 1,3 | | | | | | | | |
| 4:40 | 1,2 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |