**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - MOTION HEARING**

**Case No.:  1:25MJ00082**                              **Date:  09/29/2025**

**Defendant:  Charles John Williams, Custody**          **Counsel: Donald Williams, Jr. - CJA**

TIME IN COURT:  10:08 – 10:16 a.m.
TOTAL:  8 minutes

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Pamela Meade Sargent |
| | Deputy Clerk: | Robin Bordwine |
| | Court Reporter: | Robin Bordwine, FTR |
| | U. S. Attorney: | Carrie Macon and Corey Hall |
| | USPO: | Brooke Rhymer and Angela Sullivan |
| | Agent: | Stephen Levesque, ATF |

**PROCEEDINGS:**

☒    Preliminary and detention hearing scheduled, but court did not proceed based on Defendant's motion for competency evaluation. Oral argument presented. Government has no objection to the evaluation but requested it be done by Bureau of Prisons, ("BOP"). Court explained defendant will be designated to BOP. However, if BOP cannot complete the evaluation within a reasonable amount of time, the court will order the evaluation to be conducted locally.

☒    Defendant remanded to custody.