**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**
**CASE NO. 1:25-mj-81**

UNITED STATES OF AMERICA PLAINTIFF

V.

TERRY ALEXANDER HEADEN DEFENDANT

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, Defendant Terry Alexander Headen, by counsel, and hereby moves this Honorable Court for entry of an Order granting substitution of counsel in the above styled matter

1. On September 25, 2025, the Defendant was arrested on a warrant from a Criminal Complaint, alleging Mr. Headen conspired to possess with intent to distribute and distributed methamphetamine.

2. Attorney Jaxon Wilkens is appointed by this Court as counsel of record for Mr. Headen.

3. Mr. Headen has retained attorney Matthew Lanham Felty of the Felty Law Firm in Abingdon, Virginia.

WHEREFORE, Defendant Headen respectfully moves this Court for entry of an Order substituting Matthew Lanham Felty for Jaxon Wilkens as counsel of record in this matter and for such other and further relief as the Court deems necessary and proper.

Respectfully Submitted,

TERRY ALEXANDER HEADEN
By Counsel

__*/s/ Jaxon Wilkens*____________

JAXON WILKENS
THE LAW OFFICE OF KERN AND WILKENS, PC
ATTORNEYS AT LAW
1719 2ND AVENUE E.
BIG STONE GAP, VA 24219
VSB# 81567
(276) 523-1281
kernandwilkenslaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

____*/s/ Jaxon Wilkens*______