CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 22 2025

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.** 1:25cr49 |
| **v.** | : | |
| **TERRY ALEXANDER HEADEN** aka "Bub" | : | **Violations:** |
| **TAYLOR SHANNELL HEADEN** aka "T" | : | **21 U.S.C. §§ 846, 841** **18 U.S.C. § 924(c)** |
| **CHARLES JOHN WILLIAMS** aka "Chuck" | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. In or about and between 2023 and 2025, in the Western District of Virginia and elsewhere, TERRY ALEXANDER HEADEN, TAYLOR SHANNELL HEADEN, CHARLES JOHN WILLIAMS, Kacy Satterfield, Stephen Stewart, Danny Dearry, Eric Mullins, Jonathan Lake, Gerald McCoy, Lisa Poole, and others knowingly and intentionally conspired to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT TWO

1. In or about and between 2023 and 2025, in the Western District of Virginia and elsewhere, TERRY ALEXANDER HEADEN, TAYLOR SHANNELL HEADEN, CHARLES JOHN WILLIAMS, Kacy Satterfield, Stephen Stewart, Jonathan Lake, and others knowingly and intentionally conspired to possess with intent to distribute and distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT THREE

1. In or about and between 2023 and 2025, in the Western District of Virginia and elsewhere, CHARLES JOHN WILLIAMS knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States (conspiracy to possess with intent to distribute and distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, as set forth in Count One, and conspiracy to possess with intent to distribute and distribute a mixture or substance containing a detectable amount of fentanyl, as set forth in Count Two).

2. All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, each defendant shall forfeit to the United States:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1);

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2);

c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c);

d. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. If any of the above-described forfeitable property, as a result of any act or omission of a defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 22nd day of October, 2025.

/s/ Grand Jury Foreperson

Robert N. Tracci by CLM

Robert N. Tracci
Acting United States Attorney