| AO435 (Rev. 04/18; WDVA Rev. 11/19) *Please Read Instructions on Page 2.* | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|---|

| | | |
|---|---|---|
| **1. <u>REQUESTOR'S INFORMATION</u>:** | NAME<br>Corey E. Hall | TELEPHONE NUMBER<br>276-628-4161 |
| DATE OF REQUEST<br>10/28/2025 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>USAVAW.ECFAbingdon@usdoj.gov | |
| MAILING ADDRESS<br>180 West Main Street, Suite B-19 | | CITY, STATE, ZIP CODE<br>Abingdon, VA 24210 |
| **2. <u>TRANSCRIPT REQUESTED</u>:** | NAME OF COURT REPORTER<br><br><u>OR</u> CHECK HERE ☑ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>1:25-MJ-00081 | CASE NAME<br>US v. Terry Alexander Headen | JUDGE'S NAME<br>Sargent |
| DATE(S) OF PROCEEDING(S)<br>10/06/2025 | TYPE OF PROCEEDING(S)<br>Detention Hearing | LOCATION OF PROCEEDING<br>Abingdon, VA |

REQUEST IS FOR: (*Select one*) ☐ FULL PROCEEDING <u>OR</u> ☑ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):
Testimony of Olivia Brown

**3. <u>SERVICE TURNAROUND CATEGORY REQUESTED</u>:**
(*See Page 2 for descriptions of each service turnaround category.*)

| | |
|---|---|
| ☑ Ordinary (30-Day) | ☐ Daily |
| ☐ 14-Day | ☐ Hourly |
| ☐ Expedited (7-Day) | ☐ RealTime |
| ☐ 3-Day | |

**4. <u>CERTIFICATION</u>:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 10/28/2025 | s/Corey E. Hall |

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking <u>here</u>.**

**<u>NOTE</u>:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.