UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
AT ABINGDON

UNITED STATES OF AMERICA

vs. CRIMINAL DOCKET NO. 1:25cr00049-01

Terry Alexander Headen

## WAIVER OF SPEEDY TRIAL

I, Terry Alexander Headen, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70-day time limit imposed under said Act.

Terry Headen
Defendant

Counsel

1/17/26
Date