CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
January, 20, 2026
LAURA A. AUSTIN, CLERK
BY: s/ KELLY BROWN
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **Case No. 1:25-cr-00049** |
| **HEADEN, ET AL** | ) | |

## ORDER

The Parties held a pre-trial scheduling conference on January 16, 2026 to set the case for trial. Defendants have waived their right to set the case for trial within the time required under the Speedy Trial Act, 18 U.S.C. § 3161. The Court set the trial to begin on October 26, 2026.

I find that the ends of justice served by setting trial on October 26, 2026, outside of the window prescribed by the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial. Failure to do so would deny the Parties and counsel the time needed to properly investigate the case and prepare effectively for trial.

Accordingly, trial is set for October 26-30, 2026. The period of time necessitated by this delay is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7).

It is so **ORDERED.**

Entered: January 20, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge