IN THE UNTED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Case No.: 1:25-cr-00049 |
| | ) | |
| | ) | |
| TERRY ALEXANDER HEADEN | ) | |
| Defendant | ) | |

**Motion for Revocation or Amendment of Detention Order**

Comes Now, Defendant, and pursuant to 18 U.S.C. Section 3145(b), moves for revocation or amendment of the Detention Order entered by a United States Magistrate on October 8, 2025, ECF 23. In support thereof Defendant states as follows.

1. On October 8, 2025, the United States Magistrate found that Mr. Terry Headen had failed to rebut the presumption of detention and found by clear and convincing evidence that he presented a danger to the community if released pending trial. The Court based these findings on the following. He has previous convictions for possession of a controlled substance and destruction of property. He has admitted that he was a user of marijuana and prescription opiates. While on probation for the destruction of property conviction he tested positive for marijuana and fentanyl. The Affidavit accompanying the Criminal Complaint outlines extensive evidence that he was participating in a drug conspiracy and that

this participation spanned the time he was on bond for the destruction of property offense. (ECF 23).

2. Mr. Terry Headen submits that regardless of these findings, there is, by clear and convincing evidence, a condition or combination of conditions that will reasonably assure the appearance of Mr. Terry Headen the safety of the community. Such conditions would focus on drug treatment among other conditions.

3. Mr. Terry Headen requests a hearing to present his circumstances, including his home plan and the conditions that will ensure his appearance and the safety of the community, particularly focusing on drug treatment.

Respectfully submitted,

/s/ Anthony F. Anderson

Anthony F. Anderson, Esquire, VSB #21345
Anderson Legal
1102 Second Street, SW
P. O. Box 1525
Roanoke, Virginia 24007
(540) 982-1525
(540) 982-1539 (fax)
afa@afalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2026, I electronically filed the foregoing Motion for Revocation or Amendment of Detention Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/*Anthony F. Anderson*
Anthony F. Anderson
Anderson Legal
1102 Second Street, S. W.
P. O. Box 1525
Roanoke, Virginia 24007
(540) 982-1525
(540) 982-1539 (fax)
afa@afalaw.com