**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CRIMINAL MINUTES - BOND HEARING**

**Case No.: 1:25CR49** **Date: 6/18/2026**

---

**Defendant: Terry Alexander Headen, custody** **Counsel: Tony Anderson, retained**

---

| | | | |
|---|---|---|---|
| PRESENT: | JUDGE: | Robert S. Ballou | TIME IN COURT: 5:02-6:00pm, 58min |
| | Deputy Clerk: | Kelly Brown | |
| | Court Reporter: | Whitney Stier | |
| | U. S. Attorney: | Carrie Macon | |
| | USPO: | Brooke Rhymer /Jeremy Keller | |
| | Case Agent: | Stephen Levesque, ATFE | |

**BOND HEARING**

☒ Bond hearing held. Deft proceeds by proffer. Deft provides letter to the Court from Hope Center for a 12 month inpatient treatment program, bed to bed transfer. Gov opposes release. Stephen Levesque, ATFE, sworn. No cross. Court addresses witness. Redirect from Gov. Witness excused. Brooke Rhymer, USPO, sworn. Cross. Court addresses witness. No redirect. Witness excused. No further evidence. Argument.

☒ Bond denied. Defendant remanded to custody.

**Additional Information:**
Parties present and represented by counsel.
Bond denied for reasons stated on the record.
The Court will issue an Order with the help of deft's atty to craft the working requesting that if the RSAP program is available to federal defts at WVRJA, that this deft be considered for enrollment in the program.
Adjourned.