CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 23 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.** 1:25-cr-00049 |
| | : | |
| **TERRY ALEXANDER HEADEN, et al.** | : | |

**UNITED STATES' MOTION TO SEAL SUPERSEDING INDICTMENT**

The United States, by counsel, moves to seal the Superseding Indictment in the above-captioned matter until further Order of this Court.

Respectfully submitted,

Carrie Macon
Virginia Bar No. 95879
Assistant United States Attorney
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
(276) 628-4161
(276) 628-7399 (Fax)
USAVAW.ECFAbingdon@usdoj.gov