CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 23 2026

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No.** 1:25-cr-00049 |
| | : | |
| **TERRY ALEXANDER HEADEN, et al..** | : | |

## ORDER

Upon motion by the government and for good cause shown, it is hereby ORDERED

that the Superseding Indictment in the above-captioned matter be placed under seal until

further Order of this Court.

ENTERED this 23rd day of June, 2026.

THE HONORABLE PAMELA MEADE SARGENT
UNITED STATES MAGISTRATE JUDGE