AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.

JASHAWN COLLINS

*Defendant*

Case No. 1:25cr00049-005

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JASHAWN COLLINS ,
who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☑ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☐ Order of the Court

This offense is briefly described as follows:

Count One: Drug conspiracy

Date: 06/23/2026

*Issuing officer's signature*

City and state: Abingdon, Virginia

for Pamela Meade Sargent, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________
at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*