| AO435 | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | **FOR COURT USE ONLY** |
|---|---|---|
| (Rev. 04/18; WDVA Rev. 11/19) | **TRANSCRIPT ORDER FORM** | **DUE DATE:** |

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br><br>Carrie L. Macon | TELEPHONE NUMBER<br><br>276-628-4161 |
|---|---|---|
| DATE OF REQUEST<br><br>06/30/2026 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br><br>USAVAW.ECFAbingdon@usdoj.gov | |
| MAILING ADDRESS<br><br>180 W Main Street, Suite B19 | | CITY, STATE, ZIP CODE<br><br>Abingdon, VA  24210 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR   CHECK HERE ✔ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER<br><br>1:25-CR-00049 | CASE NAME<br><br>US v. Amanda Horton | JUDGE'S NAME<br><br>Sargent |
| DATE(S) OF PROCEEDING(S)<br><br>06/25/2026 | TYPE OF PROCEEDING(S)<br><br>Detention Hearing | LOCATION OF PROCEEDING<br><br>Abingdon, VA |

REQUEST IS FOR:  (*Select one*)  ☐ FULL PROCEEDING  OR  ✔ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

Testimony of Amanda Horton

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

✔ Ordinary  (30-Day)    ☐ Daily

☐ 14-Day    ☐ Hourly

☐ Expedited  (7-Day)    ☐ RealTime

☐ 3-Day

**4. CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br><br>06/30/2026 | SIGNATURE<br><br>s/ Carrie L. Macon |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to** CRC@vawd.uscourts.gov**.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.