**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Court No. 1:25-CR-00049** |
| | ) | |
| **CHARLES JOHN WILLIAMS** | ) | |

# NOTICE REGARDING FORFEITURE

The United States hereby notifies the Court and Defendant Charles John Williams that the government is discontinuing judicial forfeiture proceedings against the following assets as forfeiture has concluded via parallel administrative proceedings:

| | **Asset ID No.** | **Item Description** |
|---|---|---|
| (1) | 25-ATF-023392 | 5 Rounds Other Ammunition CAL: 9 |
| (2) | 25-ATF-023394 | 101 Rounds ASSORTED Ammunition CAL: Assorted |
| (3) | 25-ATF-023396 | 7 Rounds ASSORTED Ammunition CAL: Assorted |
| (4) | 25-ATF-023397 | 142 Rounds ASSORTED Ammunition CAL: Assorted |
| (5) | 25-ATF-023406 | 30 Rounds ASSORTED Ammunition CAL: 9 |
| (6) | 25-ATF-023407 | 1 Rounds SPEER Ammunition CAL: 9 |
| (7) | 25-ATF-023408 | SMITH & WESSON SD9VE Pistol CAL: 9 SN: FEC9164 |
| (8) | 25-ATF-023412 | 16 Rounds ASSORTED Ammunition CAL: 9 |
| (9) | 25-ATF-023437 | 1 Rounds UNKNOWN Ammunition CAL: Unknown |
| (10) | 25-ATF-023438 | 1 Rounds UNKNOWN Ammunition CAL: 5.56 |

Respectfully submitted,

*/s/ Carrie L. Macon*
Assistant United States Attorney
Virginia Bar No. 95879
U.S. Attorney's Office
180 West Main Street, Suite B19
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
E-Mail:USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2026, I caused this Notice to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s/ Carrie L. Macon*
Assistant United States Attorney