## APPEARANCE SHEET
### FOR THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
### ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:25cr00049

v.

DATE: 07/20/2026

KENNETH BROWN

TYPE OF HEARING: INITIAL APPEARANCE AND ARRAIGNMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PARTIES:

| | |
|---|---|
| 1. Pamela Meade Sargent | 6. |
| 2. Carrie Macon | 7. |
| 3. Aaron Houchens | 8. |
| 4. Kenneth Brown | 9. |
| 5. | 10. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Recorded by: Robin Bordwine, FTR          Time in Court: 2:12 - 2:22

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 2:12 | 1,3 | | | | | | | | |
| 2:13 | 1 | | | | | | | | |
| 2:14 | 1 | | | | | | | | |
| 2:15 ↓ | 1,3,4 2 | | | | | | | | |
| 2:16 | 2,4,3,1 | | | | | | | | |
| 2:17 | 4,2 | | | | | | | | |
| 2:18 | 2,1 | | | | | | | | |
| 2:19 ↓ | 1,4,2 3 | | | | | | | | |
| 2:20 | 1,3,4 | | | | | | | | |
| 2:21 | 1,4 | | | | | | | | |
| 2:22 | 3,1,2 | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |