FOR COURT USE ONLY

DUE DATE:

AO435
(Rev. 04/18; WDVA Rev. 11/19)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

# TRANSCRIPT ORDER FORM

*Please Read Instructions on Page 2.*

| **1. REQUESTOR'S INFORMATION:** | NAME<br><br>Nikki Himebaugh | TELEPHONE NUMBER<br><br>276-619-6080 |
|---|---|---|
| DATE OF REQUEST<br><br>7.28.26 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br><br>nikki_himebaugh@fd.org | |
| MAILING ADDRESS<br><br>201 Abingdon Place | | CITY, STATE, ZIP CODE<br><br>Abingdon, VA  242011 |

| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR    CHECK HERE ☑ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER<br><br>1:25cr49 | CASE NAME<br><br>Amanda Horton | JUDGE'S NAME<br><br>Sargent |
| DATE(S) OF PROCEEDING(S)<br><br>6.25.26 | TYPE OF PROCEEDING(S)<br><br>IA/ARRN/Detention Hearing | LOCATION OF PROCEEDING<br><br>Abingdon |

REQUEST IS FOR:  (*Select one*)   ☑  FULL PROCEEDING    OR    ☐   SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

---

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
   (*See Page 2 for descriptions of each service turnaround category.*)

| | |
|---|---|
| ☑ Ordinary  (30-Day) | ☐ Daily |
| ☐ 14-Day | ☐ Hourly |
| ☐ Expedited  (7-Day) | ☐ RealTime |
| ☐ 3-Day | |

**4. CERTIFICATION:**    By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br><br>7.28.26 | SIGNATURE<br><br>s/Nikki Himebaugh |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.**

**Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.**

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.