PS 8
(10/97)

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

AUG 2 1 2026

LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## for the
## Western District of Virginia

U.S.A. vs. Amanda Horton — Docket No. 1:25CR000049-004

Petition for Action on Conditions of Pretrial Release

COMES NOW Jason C. Varney, Probation Officer, presenting an official report upon the conduct of defendant Amanda Horton who was placed under pretrial release supervision by the Honorable Pamela Meade Sargent sitting in the Court at June 25, 2026, under the following conditions:

Condition(6)

(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer; shall submit to random pill counts as directed by the probation officer. The defendant is subject to mental health evaluation and substance abuse counseling which the defendant shall arrange with Cumberland Mountain Community Services and substance abuse counseling which the defendant shall arrange with Cumberland Mountain Community Services within 14 days of release. The defendant shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements. The defendant shall arrange for a local treating physician within 14 days to perform a physical examination.

Respectfully presenting petition for action of Court and for cause as follows:

On August 21, 2026, the probation officer spoke with Karen Smith, a case manager at Cumberland Mountain Community Services, and she indicated that Horton began services on July 9, 2026, and was positive for methamphetamine on July 17, 2026. On August 7, 2026, she was positive again for methamphetamine. On August 14, 2026, she was positive for methamphetamine, she denied use and a blood draw was ordered, they were unsure if she completed the order as it has not been received as of this date. She was then instructed to go to The Laurels for detox, and on August 17, 2026, she called The Laurels stating she would not be there for preadmit. On August 18, 2026, she called The Laurels and said she would not be there again. On August 20, 2026, she reported to The Laurels and was again positive for methamphetamine and left against medical advice.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued to determine whether the defendant's bond should be revoked and that this petition and the warrant be SEALED until the execution of the warrant.

ORDER OF COURT

Considered and ordered this 21st day of August, 2024 and ordered filed and made a part of the records in the above case.

U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 21, 2026

Jason Varney
U.S. Pretrial Services/Probation Officer

Place: Abingdon, Virginia