**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABIGDON DIVISION**

# CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.: 1:25cr49-2** **Date: 10/30/2026**

**Defendant: Taylor Shannell Headen** **Counsel: Correy Diviney, CJA**

TIME IN COURT: 12:24 p.m. – 1:02 p.m.
TOTAL: 38 minutes

| | | |
|---|---|---|
| PRESENT: | JUDGE: | Robert S. Ballou |
| | Deputy Clerk: | Kendra Campbell |
| | Court Reporter: | Cynthia Bragg, OCR |
| | U. S. Attorney: | Carrie Macon, AUSA |
| | USPO: | Jeremy Keller, USPO |
| | Case Agent: | Stephen Levesque, ATF |

**PROCEEDINGS:**

☒ Superseding Indictment filed 6/23/2026
☒ Plea Agreement filed with court 8/10/2026.
☒ Defendant placed under oath. Court questions defendant regarding her physical and mental condition, and advises defendant of her rights, and the nature and possible consequences of plea.
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ The Court takes under advisement the finding of guilt in Counts 1 and 2 of the Superseding Indictment.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Counts 1 and 2 of the Superseding Indictment | | | Taken under Advisement |

☒ Court orders Presentence Report.
☒ Defendant to remain on bond.
☒ Sentencing hearing to be scheduled by Judge Ballou's courtroom deputy.

Additional Information:
All parties present.
Defendant remains satisfied with the advice and representation of counsel.
Adjourned.