**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-49** |
| | ) | |
| **TERRY ALEXANDER HEADEN** | ) | |

# AGREED FACTUAL BASIS

This Agreed Factual Basis briefly summarizes sufficient facts and circumstances surrounding the criminal conduct of Terry Headen in this case to establish a factual basis for a plea of guilty. It does not contain all the information obtained during the investigation or all the information applicable to an accurate Presentence Investigation Report or a Sentencing Guidelines calculation. This Agreed Factual Basis is not protected by proffer agreement or any other agreement, and it shall be wholly admissible at trial notwithstanding any rules or statutes to the contrary.

At times relevant to the Superseding Indictment, Terry Headen (Headen), in the Western District of Virginia and elsewhere, knowingly conspired with others to possess with intent to distribute and distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture or substance containing fentanyl, also a Schedule II controlled substance.

From in or about and between 2023, until Headen's arrest in September 2025, Headen, along with co-conspirators, including Taylor Headen (Taylor) and Charles Williams, distributed various narcotics, including methamphetamine, fentanyl, and cocaine, to West Virginia and Virginia-based customers from in and around Williams's residence on Duke Drive in Welch, West Virginia. Specifically, Headen distributed multi-pound quantities of methamphetamine on numerous occasions to multiple Virginia-based customers, including but not limited to, Kacy Satterfield, Stephen Stewart, Jonathan Lake, Gerald McCoy, and Eric Mullins, which were then redistributed in the Western District of Virginia. At times, some of Headen's Virginia-based customers also purchased distribution quantities of fentanyl for redistribution in the Western District of Virginia.

For example, approximately twice a week from in or about and between November and December 2023, Headen distributed multi-pound quantities (two to four pounds per transaction) of methamphetamine and half to one ounce of fentanyl to co-conspirator Kacy Satterfield. On approximately two occasions, Taylor delivered the methamphetamine to Headen who then distributed the methamphetamine to Satterfield. During the transactions, Headen told Satterfield he would take guns or cars on trade for methamphetamine. Firearms were present during the transactions. Satterfield then drove the narcotics back to the Western District of Virginia for redistribution.

Headen often set up the transactions with co-conspirators and other customers via Facebook and directed them how, where, and when to conduct the transactions. Headen also expanded the conspiracy's customer base by contacting individuals on Facebook. Headen also communicated regularly with Williams on Facebook, including as to customers, narcotics, and firearms.

This is not all the government's evidence, but it establishes the elements of the charges to which Headen is pleading guilty.

By signing below, Headen affirms that he has reviewed this Agreed Factual Basis with his attorney, and that he agrees it is true and accurate. He further agrees that, had this matter proceeded to trial, the government would have proven the facts outlined above beyond a reasonable doubt.

| | |
|---|---|
| Nov-18-2026<br>Date | Terry Headen<br>Terry Headen<br>Defendant |
| 11/18/2026<br>Date | Anthony Anderson, Esq.<br>Attorney for Defendant |
| 11/18/2026<br>Date | Carrie Macon<br>Corey Hall<br>Assistant United States Attorneys |