**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| **PLAINTIFF** | **)** |
| | **)** |
| **v.** | **) CASE NO. : 1:25-CR-049** |
| | **)** |
| **CHARLES JOHN WILLIAMS** | **)** |
| **DEFENDANT** | **)** |

**MOTION TO HAVE CLIENT REEVALUATED FOR COMPETENCY**

Comes now the Defendant, Charles John Williams, by and through counsel and respectfully moves this Honorable Court to have the client reevaluated for his competency to stand trial and further states as follows:

Defendant has been disengaged with counsel and does not appear to sense the urgency in his case. He continues to focus on issues of which counsel thinks are minor and irrelevant; in addition, he makes inconsistent statements and his logic does not make sense. He continues to ask the same questions every time we meet and due to the traumatic brain injury he sustained in a car accident, I continue to question his ability to assist in his defense.

Wherefore, the Defendant respectfully requests that he be reevaluated for his competency to stand trial.

RESPECTUFLLY SUBMITTED

CHARLES JOHN WILLIAMS

BY: /s/Don M. Williams, Jr.
DON M. WILLIAMS, JR.
ATTORNEY AT LAW/ATTORNEY FOR DEFENDANT
P. O. BOX 601
PENNINGTON GAP, VA 24277
TEL: 276-546-3087
FAX: 276-546-2642
VSB: 41143
EMAIL: donwilliamsjr@yahoo.com

## **CERTIFICATE OF SERVICE**

I, Don M. Williams, Jr., hereby certify that I have this the 24th day of November, 2026, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the Assistant United States Attorney.

/s/ Don M. Williams, Jr.

DON M. WILLIAMS, JR.